■ OXFORD & SIMPSON, INC., Respondent, v TAMBRANDS, INC., Appellant. [630 NYS2d 237] —In an action to recover a real estate broker's commission, the defendant appeals f rom an order of the Supreme Court, Nassau County (Lockman, J.), entered December 16, 1993, which, *inter alia,* denied its motion for summary judgment.

Ordered that the order is affirmed, with costs.

On this record, we find that the defendant failed to make a prima facie showing of entitlement to judgment as a matter of law by means of evidence eliminating any material issue of fact regarding, *inter alia,* whether the plaintiff brokerage was a procuring cause of the subject transaction (see, e.g., *Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851, 853; *Fidelity Bus. Brokers v Gamaldi,* 190 AD2d 709, 710).

We have reviewed the defendant's remaining contentions and find them to be without merit. Sullivan, J. P., Miller, Pizzuto and Friedmann, JJ., concur.